**James J. WARJAK, alias Dale Norman Cline, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27782.**

Court of Criminal Appeals of Texas.

Oct. 12, 1955.

No appearance for appellant.

Sam L. Jones, Jr., Dist. Atty., Corpus Christi, Leon B. Douglas, State's Atty., Austin, for the State.

**DICE, Commissioner.**

Appellant was convicted of burglary and his punishment assessed at 12 years in the penitentiary.

It appears by proper proof that after perfecting his appeal to this court, appellant escaped from the custody of the sheriff. It follows that this court is without jurisdiction to do other than dismiss the appeal. Art. 824, V.A.C.C.P.

The State's motion to dismiss is granted, and the appeal is dismissed.

Opinion approved by the Court.